

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MICROSOFT CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04 C 7687 |
| | ) | |
| ERA SOFT CORPORATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### MEMORANDUM OPINION AND ORDER

Plaintiff has furnished high-lighted documents for *in camera* review, pursuant to our earlier order. We have no quarrel with the redactions – with one possible exception. Several of the documents have an "Associated Strains" section redacted. It is unclear whether that information relates to the software at issue in this case (in which case it should be produced) or to unrelated software. Plaintiff should make that determination with respect to each such redaction and be governed accordingly.

JAMES B. MORAN
Senior Judge, U. S. District Court

Dec. 12, 2005.